# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROLLER COASTER FILMS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS BUSBY, an individual; and DAMASCUS FILMS, an unknown entity,<br><br>　　　　Defendants.<br><hr>DOUGLAS BUSBY, an individual,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>ROLLER COASTER FILMS, LLC, a California limited liability company,<br><br>　　　　Counter-Defendant | CASE NO. CV 10-1508 DSF (PLAx)<br><br>**STIPULATED PERMANENT INJUNCTION** |

# STIPULATED PERMANENT INJUNCTION

Plaintiff and counter-defendant Roller Coaster Films, LLC ("Plaintiff"), defendant and counterclaimant Douglas Busby, and defendant Damascus Films (collectively "Defendants"), by and through their counsel of record, hereby agree and stipulate to entry of a Permanent Injunction as follows:

**IT IS HEREBY AGREED** that **DEFENDANTS DOUGLAS BUSBY AND DAMASCUS FILMS**, and their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with any or all of them, be hereby enjoined and restrained from engaging in, committing, or performing, directly or indirectly, any and all of the following acts, in perpetuity, without the express written permission of Plaintiff or its counsel:

a. Directly or indirectly causing or permitting the reproduction, public display, distribution, or copying of the motion picture entitled *The Road to Nkunda* (also known as *Rebel Holiday*) (the "Film");

b. Altering the Film, or the contents of any hard drive or other storage medium containing the Film, in any way;

c. Holding themselves out as the owner, or representing that they are the owner, of the copyright in the Film; and

d. Otherwise infringing Plaintiff's copyright in the Film.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Nothing herein shall prevent Defendants from truthfully describing any of their involvement with the creation, production, direction, writing, filming and/or other development of the Film.

Dated:  September 13, 2010          KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

_____
Chad R. Fitzgerald, Attorneys for Plaintiff and Counter-Defendant Roller Coaster Films, LLC

Dated: September 13, 2010          CYPRESS, LLP

_____
Caroline H. Mankey, Attorneys for Defendants Douglas Busby and Damascus Films and Counterclaimant Douglas Busby

**IT IS SO ORDERED.**

DATED:  9/17/10

_____
Hon. Dale S. Fischer
United States District Court Judge